"O"

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAR 2 8 2016**

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA 16-142M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |
| v. | |
| ESTEBAN GARCIA VENTURA, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

*Lack of bail resources; background information unknown; instant allegations.*

and

B.    ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *Criminal history; instant allegations.*

    IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated:   _3/28/2016_

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge